PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 09-3243 & 09-3275
_____

UNITED STATES OF AMERICA

v.

WAYNE R. BRYANT,
                            Appellant (09-3243)

R. MICHAEL GALLAGHER,
                            Appellant (09-3275)


_____

On Appeal from the United States District Court
For the District of New Jersey
(D.C. Criminal Action Nos. 3-07-cr-00267-001/2)
District Judge:  Honorable Freda L. Wolfson
_____

Argued March 8, 2011
_____

Before:  SCIRICA, AMBRO, and VANASKIE, <u>Circuit Judges</u>

(Opinion filed August 25, 2011)

**<u>SECOND ORDER  AMENDING  PRECEDENTIAL  OPINION</u>**

AMBRO, <u>Circuit Judge</u>

        IT IS NOW ORDERED that the published Opinion in the above case filed August 25, 2011, be amended as follows:

        On page 5, line 11, replace "28 U.S.C. § 3231" with "18 U.S.C. § 3231".

On page 17, last line, replace "(1st Cir. 2010)" with "(1st Cir.)".

On page 33, line 8, replace "(7th Cir. 1998)" with "(7th Cir. 1988)".

By the Court,


/s/ Thomas L. Ambro
Circuit Judge

Dated:    October 4, 2011
SLC/cc:    Norman Gross
           Lisa A. Matthewson
           Carl D. Poplar
           Jeremy D. Frey
           Ralph A. Jacobs